UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE MELENDEZ,

        Plaintiff(s),

  v.

GULF VESSEL MANAGEMENT, INC.,

        Defendant(s).

NO. C09-1100MJP

ORDER ON MOTIONS TO COMPEL

The above-entitled Court, having received and reviewed

1. Defendant Gulf Vessel Management, Inc.'s Motion to Compel Discovery (Dkt. No. 28), Plaintiff's Response (Dkt. No. 33), and Defendant's Reply (Dkt. No. 35); and

2. Defendant Gulf Vessel Management, Inc's, Motion to Compel Tax Information From 1999 to 2004 (Dkt. No. 31), Plaintiff's Response (Dkt. No. 37), and Defendant's Reply (Dkt. No. 40);

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Defendant's motion to compel information regarding Plaintiff's immigration and work status is GRANTED; Plaintiff is ordered to produce, within 14 days of the filing of this order, the requested documents concerning his immigration and work status in the United States and to respond to deposition questions on the same topic when his deposition reconvenes.

IT IS FURTHER ORDERED that Defendant's motion to compel Plaintiff's tax information from 1999 to 2004 is GRANTED; Plaintiff is ordered:

**ORDER ON MTNS TO COMPEL - 1**

1. To produce, within 14 days of the filing of this order, all tax returns, W-2 and 1099 forms for the years 1999 - 2004, as well as any other documents which in any way related to his income for those same years; and

2. If Plaintiff does not have such information, to execute releases, on the forms attached as Exhibit A to Defendant's motion, to allow Defendant to obtain Plaintiff's tax records directly from the Internal Revenue Service.

IT IS FURTHER ORDERED that Defendant's request for attorney's fees in connection with its motion to compel tax information from 1999 - 2004 is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated: August 17, 2010

Marsha J. Pechman
U.S. District Judge

**ORDER ON MTNS TO COMPEL - 2**